UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN J. SERR, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL YANISCH, *et al*, <br><br> Defendants. | CASE NO.   C04-5616FDB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed defendants' motion for summary judgment (Dkt. #59), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   Defendants' converted motion for summary judgment is GRANTED; and

(4)   The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

DATED this 13th day of May 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1